**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| STACY BLOOM, | No. C 10-04205 LB |
| Plaintiff, | **ORDER VACATING JANUARY 20, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| ZURICH NORTH AMERICA, *et al.*, | |
| Defendants. | |
| _____/ | |

On January 12, 2011, Defendant filed a notice stating that the parties had settled this case. Notice of Settlement, ECF No. 12 at 1.  Accordingly, the Case Management Conference scheduled for January 20, 2011 is **HEREBY VACATED**.  Plaintiff is **ORDERED** to file a notice of dismissal by February 14, 2011.

**IT IS SO ORDERED.**

Dated: January 14, 2011

_____
LAUREL BEELER
United States Magistrate Judge